STATE OF NEW JERSEY v. ANTONIO RODRIGUEZ.

June 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROCCO FANELLE.

June 23, 1981.

Petition for certification denied.

IN THE MATTER OF STATE OF NEW JERSEY v. STATE
SUPERVISORY EMPLOYEES ASSOCIATION.

June 23, 1981.

Petition for certification granted.

IN THE MATTER OF STATE OF NEW JERSEY v. STATE
SUPERVISORY EMPLOYEES ASSOCIATION.

June 23, 1981.

Cross-petition for certification granted.